08-13-00059-CR



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00604-CR

HAN OK SONG                                           APPELLANT

V.

THE STATE OF TEXAS                                   STATE

------------

FROM COUNTY CRIMINAL COURT NO. 5 OF DENTON COUNTY

------------

## ORDER

------------

We have considered the court reporter's request for an extension of time to file the reporter's record in this appeal.

The request is **GRANTED**. The reporter's record is ORDERED due for filing in this court no later than **Monday, February 18, 2013**. *NO FURTHER REQUEST FOR EXTENSION OF TIME SHOULD BE NECESSARY.*

The clerk of this court is directed to transmit a copy of the order to the attorneys of record, the trial court judge, and the court reporter.

DATED February 5, 2013.

PER CURIAM